IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JONATHAN ALEXANDER HARGETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RODERICK VIRGIL, Sheriff )<br>in individual and official )<br>capacity, DANIEL HEADRIX, )<br>Jail Administrator sued in )<br>individual and official )<br>capacity, AMY COLLINS, )<br>Jail Administrator sued in )<br>individual and official )<br>capacity, NORMA BLACKSHEAR, )<br>Date Clerk sued in individual )<br>and official capacity, )<br>)<br>Defendants. ) | 1:23-cv-588 |

### ORDER

On July 25, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED**

that this action be filed, and is hereby, **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of September, 2023.

_____
United States District Judge